# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                              CHAPTER 13 CASE
                                                                           NO. 10-30408-DHW

**FRED GORDON, JR.**

      **Debtor.**

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, Curtis C. Reding, Standing Chapter 13 Trustee in the above-referenced case, and pursuant to 11 U.S.C. §1325(b) objects to confirmation of the debtor's plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on February 19, 2010.

2. The debtor's §341 Meeting of Creditors was held April 8, 2010.

3. The Confirmation hearing is scheduled for May 3, 2010.

4. At the meeting of creditors, debtor was advised to amend his plan to surrender his interest in a 2005 Audi.

5. As of this date, no amended plan has been filed.

WHEREFORE, the above premises considered, the Trustee prays that this Honorable Court will deny confirmation of the debtor's plan.

Respectfully submitted this 26th day of April, 2010.

                                                                    /s/   Curtis C. Reding
                                                                    Curtis C. Reding
                                                                    Standing Chapter 13 Trustee
                                                                    ASB #5585-G64C

Office of the
Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-262-8599
Email: redingc@ch13mdal.com

## CERTIFICATE OF SERVICE

     I, Curtis C. Reding, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 26th day of April, 2010.

                                                           /s/ Curtis C. Reding
                                                           Curtis C. Reding

Fred Gordon, Jr.
451 Wall St
Hayneville, AL 36040

Richard D. Shinbaum, Esq. (via electronic filing)